UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID W. NOBLE, individually and on behalf of others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendant.* | Civil Action No. 15-3713<br><br>ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having come before the Court on Defendant Samsung Electronics America, Inc.'s ("Defendant" or "Samsung") motion to dismiss, ECF No. 38;

and for the reasons stated in the accompanying Opinion;

**IT IS** on this 8th day of February, 2018;

**ORDERED** that Defendant's motion to dismiss is hereby **GRANTED** as to Counts One and Six, and **DENIED** as to Counts Two, Three, Four, and Five; and it is further

**ORDERED** that Plaintiff may replead Count One under Georgia law within thirty (30) days.

/s Madeline Cox Arleo
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**